UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HERBERT ORLANDO ALLEN, JR. | ) CV 07-7818-R (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| SUZAN L. HUBBARD, | ) |
| Respondent. | ) |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: _January 6, 2009__

                        MANUEL L. REAL
               UNITED STATES DISTRICT JUDGE